AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

| | | United States Courts |
|---|---|---|
| | | Southern District of Texas |
| | | FILED |

United States of America      )

      v.                 )

Emilio Santiago De Los Santos   )

                          )  Case No.

                          )

                          )  **4:23-mj-384**

                          )

*Defendant(s)*          )

United States Courts
Southern District of Texas
FILED

*March 01, 2023*

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 1, 2022 to March 1, 2023  in the county of  Harris County, Texas  in the

Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 2252A (a)(5)(B) | Possession of Child Pornography |
| 2252A (a)(2)(B) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____

*Complainant's signature*

Rebecca Camara, Special Agent

_____

*Printed name and title*

Sworn to before me telephonically.

Date: _____03/01/2023_____

_____

*Judge's signature*

City and state: _____Houston, Texas_____     Andrew M. Edison, US Magistrate Judge

_____

*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | |
| Emilio Santiago De Los Santos | § | Case No. **4:23-mj-384** |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rebecca Camara, being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Special Agent in Charge (SAC), in Houston, Texas. I have been so employed since March 2016. As part of my daily duties as an FBI agent, I am assigned to the FBI Houston Child Exploitation unit which investigates criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18 U.S.C. § 2251 and 2252A et seq. I have received training in the area of child pornography and child exploitation. I have had the opportunity to observe and review numerous examples of child pornography in all forms of media including computer media. Child Pornography, as defined in 18 U.S.C. § 2256, is:

   "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct."

1

2. This Affidavit is made in support of a criminal complaint charging Emilio Santiago De Los Santos with violating Title 18 U.S.C. § 2252A (a)(5)(B) – possession of child pornography, more specifically defined as:

> "Any person who knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

And Title 18 U.S.C. § 2252A (a)(2)(B) – distribution of child pornography, more specifically defined as:

> "Any person who knowingly receives or distributes any material that contains child pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or after affecting interstate or foreign commerce by any means, including a computer"

3. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child pornography.

4. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of Title 18 U.S.C. § 2252A (a)(5)(B) has been committed by Emilio Santiago De Los Santos on or about July 9, 2022. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

5. On or about July 13, 2022, working under the FBI Louisville Division's Group II Investigation, an FBI Online Covert Employee (OCE) participated in the Keybase chat

2

room, "nolimitsfdup2". Within the group there were multiple subgroups that users participated in. Specifically, user Cameroncore shared multiple CSAM images amongst the various subgroups such as "incest", "toddler" and "preteen".

6.    The OCE witnessed the images that were shared amongst the groups and took screenshots of the chats that user Cameroncore responded to and sent CSAM images. In addition to the screenshots three of the images that Cameroncore sent were downloaded by the OCE as evidence.

7.    Your Affiant has subsequently reviewed the aforementioned screenshots and images of purported child pornography distributed in the Keybase chat and determined that the 3 photographs depict child pornography as defined by Title 18, United States Code, Section 2256. An additional 52 screen shots of the chats and user profile for Cameroncore were provided by the OCE as well. Several of the 52 images contained CSAM that was shared by user Cameroncore to the various subgroups.

The following is a description of the 3 photographs that were successfully downloaded from the chat:

a.   **Filename:** 173e51a69c9cb473.jpg

**Description:** This is a photograph of two minor females approximately ages 4-9 years of age sitting and leaning back on a green couch completely nude with their legs spread apart, vaginas exposed, and using their hands to expose their vaginas further. This image correlates to file name "2022-11-09-152824.jpg" that consists of a screenshot of user cameroncore sharing the image to the group "#toddler".

b.   **Filename:** 173e516c1152331.jpg

**Description:** This is a photograph of a minor female approximately age 8-14 lying on her back naked with her breasts exposed and penis over her vagina that ejaculated on the minor female stomach. This image correlates to file name "2022-11-09-153603.jpg" that consists of a screenshot of user cameroncore sharing the image to the group "#preteen".

c.   **Filename:** 173e51213a771ed8.jpg

**Description:** This is a photograph of two minor females approximately 10-16 years of age. The photograph has a red background with both females naked. One of the minor females has her breasts exposed and is performing oral sex on the other minor female that has her butt exposed. This image correlates to file name "2022-11-09-152434.jpg" and

3

file name "2022-11-09-152824.jpg" that consists of a screenshot of user cameroncore sharing the image to the group "#toddler".

8.     Based on the above, on or about September 30, 2022 an administrative subpoena was sent to Zoom in requesting information for user Cameroncore. Zoom records showed that user Cameroncore registered with telephone number 281-793-3098 which belonged to AT&T.

9.     On or about September 30, 2022 an administrative subpoena was submitted to AT&T in pursuit of subscriber information associated with telephone number 281-793-3098 during the period when the user account was active on the forum that the OCE observed. According to AT&T, this telephone number is registered to Jimmy Delossantos with a residential service address of 11618 Sageglen Dr, Houston, Texas 77089.

10.    On or about December 2, 2022 your affiant received a lead from Louisville alerting FBI Houston to individuals sharing CSAM in the area. Your affiant reviewed the facts and content and opened a full investigation.  Law enforcement sensitive databases also indicate that Jimmy De Los Santos, his wife Janie De Los Santos, and their son Emilio De Los Santos lives at the residence 1901 Semmes Street, Houston, Texas 77026. Additionally, according to Jimmy Delossantos Texas Driver's License Record reviewed on December 7, 2022 lists emergency contacts as Janie De Los Santos telephone number 713-598-5429 and Emilio De Los Santos telephone number 281-793-3098.

11.    On March 1, 2023, your affiant went to Emilio's residence located at 11618 Sageglen Dr Houston, Texas 77089 for the purpose of execution of a search warrant. Prior to the execution of the search warrant, Emilio De Los Santos was stopped by Harris County Constables Precinct 2 on a traffic stop. Your affiant and Special Agent Tanisha Campbell conducted an interview subsequent to the traffic stop in which Emilio admitted to being the user Cameroncore on Keybase. Emilio was shown print outs of the images described above in which he admitted recognizing the images. Emilio admitted to obtaining the images from other users on Wickr and Whisper, two chat applications that users can connect and share pictures and videos similar to Keybase. Emilio was shown additional printouts which contained the images described above and the user Cameroncore distributing the images on the application Keybase. Emilio admitted that Cameroncore was him and that he recognized the conversations where he distributed the images described above. Additionally, during the interview Emilio consented to Agents

4

searching his cellular phone an iPhone 14 Plus. In the cursory search of the telephone Agents observed several images and videos depicting child pornography located in the Recently Deleted and VLC Player, in which Emilio admitted to having stored on his cell phone. Emilio admitted that he obtained the images from other users on Wickr and Whisper.

16. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Emilio Santiago De Los Santos with a violation of Title 18 U.S.C. § 2252A (a)(5)(B) - the possession of child pornography and Title 18 U.S.C. § 2252A (a)(2)(B) – distribution of child pornography.

Rebecca Camara
Special Agent, FBI

Subscribed and sworn to before me, via telephone, this 1 of March 2023 and I find probable cause.

Andrew M. Edison
United States Magistrate Judge

5